Eric Ollason (AZ Bar #014860)
182 North Court Avenue
Tucson, Arizona 85701
(520) 791-2707
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FRANCISCO F. DUARTE and<br>GERLINDE S. DUARTE<br><br>Debtors. | In proceedings under<br>Chapter 13<br><br>No. 4:11-bk-29521 EWH<br><br>**NOTICE OF SUBMITTING<br>PROPOSED STIPULATED<br>ORDER OF CONFIRMATION** |

COMES NOW the Debtors, FRANCISCO DUARTE and GERLINDE DUARTE, by and through counsel, who hereby notifies the court that the Stipulated Order Confirming the Debtors' 2nd Amended Chapter 13 Plan is being submitted to the trustee for review and approval.

Respectfully submitted this 14th day of May, 2013.

                                                  /s/ Eric Ollason
                                                  Eric Ollason
                                                  Attorney for Debtors

Copy of the foregoing
e-mailed this 14th day of
May, 2013, to:

Dianne Kerns, Trustee
mail@dcktrustee.com