# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | FRANCISCO F & GERLINDE S DUARTE |
| Case Number: | 4:11-bk-29521-EWH    Chapter: 13 |
| Date / Time / Room: | TUESDAY, MAY 14, 2013 01:30 PM   COURTROOM 446 |
| Bankruptcy Judge: | EILEEN W. HOLLOWELL |
| Courtroom Clerk: | TERESA MATTINGLY |
| Reporter / ECR: | ALICIA JOHNS |

### Matter:

CONTINUED STATUS HEARING ON CONFIRMATION OF AMENDED CHAPTER 13 PLAN FILED BY ERIC OLLASON ON BEHALF OF FRANCISCO F DUARTE, GERLINDE S DUARTE. (cont. from 4/11/13)

R / M #:   70 / 0

### Appearances:

LAURA CORCORAN, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
ERIC OLLASON, ATTORNEY FOR FRANCISCO F DUARTE, GERLINDE S DUARTE

### Proceedings:

Mr. Ollason reports that the plan has been submitted to the trustee for signature.

Ms. Corcoran responds that the plan that is now a conduit is feasible. Schedule J will need to be amended to reflect the surrender of a vehicle.

THE COURT:  THE HEARING IS VACATED SUBJECT TO CALL.